IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MAFFEI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PERKIOMEN VALLEY SCHOOL DISTRICT, ET AL. | : | NO. 24-5824 |

## ORDER

**AND NOW**, this 27th day of August, 2025, upon consideration of Defendant Perkiomen Valley School District's ("the District's") Motion "to Dismiss Plaintiff's Amended Complaint Pursuant to Rule 12(b)(6)" (Docket No. 18), Defendant Mercedi Lutz-Bennett's "Motion to Dismiss Amended Complaint" (Docket No. 17), all documents filed in connection with both Motions, and the arguments presented at the July 9, 2025 hearing on the Motions, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The District's Motion is **GRANTED**. All claims against the District are **DISMISSED**, and the District is **DISMISSED** as a Defendant to this action.

2. Lutz-Bennett's Motion is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** insofar as it seeks dismissal of Plaintiff's claims against Lutz-Bennett for violation of the common law right of parental consent (Count II), violation of the Minors' Consent to Medical Care Act (Count III), negligent infliction of emotional distress (Count V), and negligence (Count VI). The Motion is **DENIED** insofar as it seeks dismissal of Plaintiff's claims against Lutz-Bennett for violation of 42 U.S.C. § 1983 (Count I), intentional infliction of emotional distress (Count IV), civil conspiracy (Count VII), and prospective injunctive relief.

BY THE COURT:
/s/ John R. Padova, J.
_____
John R. Padova, J.